IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Susan Prose

| | |
|---|---|
| Civil Action No: 1:25-cv-01554-GPG-SBP | Date: August 19, 2025 |
| Courtroom Deputy:    Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| SEAN ROYER, | Yitzchak Zelman |
|      Plaintiff, | |
| v. | |
| LEXISNEXIS RISK SOLUTIONS, INC., | Derin Dickerson |
| | Taylor Lin |
|      Defendant. | Nicole Serfoss |

**COURTROOM MINUTES**

**TELEPHONIC SCHEDULING CONFERENCE**

**11:30 a.m.    Court in session.**

The Court calls the case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): **September 2, 2025**

Joinder of Parties/Amendment to Pleadings: **November 19, 2025**

Fact Discovery Cut-off: **February 19, 2026**

Expert Discovery Cut-off:  **April 20, 2026**

Dispositive Motions Deadline/Deadline for Motions Pursuant to Fed. R. Evid. 702: **June 19, 2026**

Each side shall be limited to **10** depositions, excluding experts. Each deposition shall be

limited to 1 day of 7 hours.

Each side shall be limited to **25** interrogatories, including discrete subparts, **40** requests for production, and **25** requests for admission. Interrogatories, requests for production, and requests for admission shall be served by **January 19, 2026**.

Each side shall be limited to **2** retained expert witnesses, excluding rebuttal experts, absent leave of court.

Disclosure of Affirmative Experts: **March 19, 2026**
Disclosure of Rebuttal Experts: **April 2, 2026**

**STATUS CONFERENCE**:

None at this time. Future status conferences may be set at the request of the parties or the Court.

**FINAL PRETRIAL CONFERENCE/TRIAL DATE**:

If no summary judgment motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within ten days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference. A Trial Preparation Conference and trial dates will be given to the parties at the Final Pretrial Conference.

**Scheduling Order entered.**

**11:37 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:  7 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.